672 A.2d 279

COMMONWEALTH of Pennsylvania, Respondent,

v.

Nancy M. FEATHERS, Petitioner.

No. 0357 W.D. Allocatur Docket 1995.

Supreme Court of Pennsylvania.

Feb. 1, 1996.

402

GRANTED 0003WDAPL96.

AND NOW, this 1st day of February, 1996, the petition for allowance of appeal is granted, limited to the issue of whether a post-verdict judgment of acquittal, entered by the trial court, is appealable by the Commonwealth. This case is to be scheduled for oral argument.